Case 2:15-cv-09808-BRO-JEM   Document 23   Filed 03/28/16   Page 1 of 2   Page ID #:245

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAJOR COMMUNICATIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATTON GROUP, INC., a California corporation, et al.<br><br>Defendants. | Case No. 2:15-cv-09808-BRO-JEMx<br><br>Hon. Beverly Reid O'Connell<br><br>**ORDER OF DISMISSAL** |

ORDER OF DISMISSAL

1  Pursuant to a settlement between and among the parties, the terms and
2 conditions of which were recited on the record at a settlement conference conducted
3 by the Honorable George H. King on February 12, 2016 in the matter of *Major*
4 *Communications v. CLK Group, Inc., etc., et al.,* Case No. 2:14-cv-6690, which is
5 also pending before this Court, and pursuant also to the stipulation of the parties, the
6 Court finds that the within action should be, and it hereby is, dismissed with
7 prejudice. Each party shall bear its/his own attorneys' fees and costs. The Court
8 shall retain jurisdiction to enforce the terms of the parties' settlement.

**IT IS HEREBY ORDERED**

Dated: March 28, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

---

1
ORDER OF DISMISSAL